## Commonwealth *v.* Woodbury, Appellant.

Before BODLEY, J.

Argued September 10, 1974. *Derek J. Reid*, with him *Eastburn and Gray*, for appellant; *Stephen B. Harris*, First Assistant District Attorney, with him *David W. Heckler*, Assistant District Attorney, and *Kenneth G. Biehn*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth ex rel. Dantzig *v.* Dantzig, Appellant.

Before SATTERTHWAITE, P. J.

Argued September 13, 1974. *Jonathan D. Dunn*, for appellant; *Elias B. Landau*, for appellee.

Order affirmed.

## Commonwealth ex rel. De Vicaris *v.* De Vicaris, Appellant.

Before MEADE, J.

Argued September 10, 1974. *Charles J. Hardy*, with him *Mari M. Gursky, Toni Malloy Keller, Arthur E. Newbold, IV*, and *Dechert, Price & Rhoads*, for appellant; *Sidney B. Klovsky*, with him *Robert B. B. Schatz*, and *Klovsky, Kuby & Harris*, for appellee.

Order affirmed.